**No. 69717.**—Imported Merchandise Company *v.* United States, protests 62/11480–12932, 62/2888–12742, and 62/18572–12978 (Chicago).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of rattancore paper plate holders, wheelbarrows, or napkin holders similar in all material respects to those the subject of Abstract 68437, the claim of the plaintiff was sustained.